**U.S. District Court**

**Southern District of Indiana**

**Notice of Electronic Filing**

The following transaction was entered on 7/27/2026 at 11:31 AM EDT and filed on 7/27/2026

**Case Name:**          WRIGHT v. JONES et al

**Case Number:**        1:23-cv-00459-TWP-MKK

**Filer:**

**WARNING: CASE CLOSED on 03/30/2026**

**Document Number:** 149(No document attached)

**Docket Text:**
**USCA Appeal Fees received from Rights Behind Bars via check ($605.00, receipt number 21915) re [138] Notice of Appeal filed by SHANE NELSON, GARD, KRUL, LEE (USCA #26-1945) (DJH)**

**1:23-cv-00459-TWP-MKK Notice has been electronically mailed to:**

Joseph Thomas Lipps    jlipps@bbfcslaw.com, mwilliams@bbfcslaw.com, tsmith@bbfcslaw.com

**1:23-cv-00459-TWP-MKK Notice has not been electronically mailed to:**

CARLTON WRIGHT
208902
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391